**B**ROMBERG **L**AW **O**FFICE, **P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)  26 Broadway, 21st Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:    (212) 248-7908

August 11, 2017

<u>Via ECF</u>
Honorable Arlene R. Lindsay, U.S.M.J.
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Grist v. Grand Automotive, Inc.*
      <u>EDNY Case No. 16-CV-4056 (LDW)(ARL)</u>

Dear Judge Lindsay:

My office, together with co-counsel, represents the plaintiff, Erin Grist, in the above-referenced case.

I am pleased to advise that the parties have settled the case and are in the process of signing and exchanging settlement documents. Accordingly, on behalf of all parties, I ask that Your Honor adjourn *sine die* the conference scheduled for August 16, 2017, so that the parties can wrap this matter up.

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

cc:   All Attorneys of Record (Via ECF)